80,064-02

No. 65134-B

PRO-SE
PERCY BENJAMIN SMITH        IN THE DISTRICT COURT
        V.                  23th Judicial District
THE STATE OF TEXAS          BRAZORIA COUNTY, TEXAS

PAUPER'S OATH

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, PERCY BENJAMIN SMITH, APPLICANT who deposes and say: THAT he IS A CITIZEN of the UNITED STATES And is the DEFENDANT IN THE AbOVE And FORGOING Action And he feels HE has A good And JUST CAUSE OF ACTION. That he IS AN INDIGENT PERSON Without funds And he IS THEREFORE UNABLE to PAY the COSTS OF PROSECUTING the AbOVE And FOREGOING ACTION OR to give SECURITY thereof, And therefore REQUESTS the COURTS PERMISSION to PROCEED IN FORMA PAUPERIS.

_____
Percy B. Smith III
APPLICANT, PRO SE

STATE OF TEXAS
COUNTY OF WALKER

BEFORE ME the UNDERSIGNED AuthoriTY. On this day PERSONAILY APPEARD PERCY BENJAMIN SMITH, who STATED ON OATH that the INFORMATION CONTAINED IN the FOREGOING ARE TRUE And CORRECT.

On this day __2__, FEbRUARY _____ 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 04 2015

Abel Acosta, Clerk

## CERTIFICATE OF SERVICE

I PERCY BENJAMIN SMITH, T.D.C.J. # 1745775, do hereby CERTIFY that A TRUE AND CORRECT COPY OF the ABOVE AND FOREGOING Defendant's NOTICE OF APPEAL FOR FAILURE to RULE ON the MERITS OF SubSEQuent WRIT OF HABEAS CORPus & OBJECTIONS, HAVE BEEN FORWARDED BY UNITED STATES MAIL, POSTAGE PREPAID, FIRST CLASS, to PROSECUTING ATTORNEY, AND ALSO the COURT OF CRIMINAL APPEALS, AUSTIN, Tx.

ON this the ____2nd____ day of ____febuary____ 2015

PERCY BENJAMIN SMITH PRO-SE
HUNTSVILLE UNIT
815 12th STREET
HUNTSVILLE, Tx
77348

CAUSE No. 65134-B

PRO SE

PERCY BENJAMIN SMITH     IN THE 23rd DISTRICT COURT

        V               Judicial District Court

THE STATE OF TEXAS      BRAZORIA COUNTY, TEXAS

NOTICE OF APPEAL FOR Failure to Rule ON Merits of SubsEQUENT Writ of Habeas Corpus & Objections

TO THE HONORABLE Judge OF SAID COURT:

      COMES NOW PERCY BENJAMIN SMITH, T.D.C.J. #, 1745775 DEFENDANT, PRO-SE IN the ABOVE STYLED AND NUMBERED CAUSE AND FILES this his NOTICE OF APPEAL FOR Failure to Rule ON Merits of SubsEQuent Writ of Habeas Corpus & Objections, IN SAID CAUSES AND File this WRITTEN NOTICE OF APPEALS OF SAID CONVICTION AND SENTENCE to the COURT of APPEALS.

COURT OF CRIMINAL APPEALS
P.O. BOX 12308
CAPITOL STATION
AUSTIN, TEXAS
          78711

RESPECTFULLY SubmittEd
Percy B. Smith
DEFENDANT & PRO SE